# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL ARREOLA SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>Respondents. | Case No. 1:26-cv-01178-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 12, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) This matter was referred to the undersigned "for further proceedings, including the preparation of findings and recommendations on the petition for writ of habeas corpus or other appropriate action," noting that "*Rodriguez v. Bostock*, No. 25-6842 (9th Cir.) . . . appears to concern the issue presented here" and "the magistrate judge may consider whether deferring a final ruling on the petition is warranted pending the Ninth Circuit's decision in *Rodriguez*." (Id. at 3 & 2 n.2.)

The Court finds that holding the petition in abeyance pending the Ninth Circuit's decision in Rodriguez is not warranted but will set an extended briefing schedule. Accordingly, the Court HEREBY ORDERS that:

1. Within ninety (90) days of the date of service of this order, Respondents SHALL FILE a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction; and

2. Within thirty (30) days of the date of service of Respondents' response, Petitioner MAY file a reply.

IT IS SO ORDERED.

Dated:    **February 13, 2026**          /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE